**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1164**

In re: LAMAR KEITH GARVIN,

Petitioner.

On Petition for Writ of Mandamus.  (3:13-cr-00141-JAG-1)

Submitted:  April 25, 2019                          Decided:  April 30, 2019

Before FLOYD and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Lamar Keith Garvin, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lamar Keith Garvin petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2012) motions and related request for release on personal recognizance. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied Garvin's § 2255 motions and request for release on personal recognizance (which was docketed as a motion to expedite) by order entered March 20, 2019. Accordingly, because the district court has recently decided Garvin's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*